# EXHIBIT "A"



# EXHIBIT "B"



# EXHIBIT "C"



# EXHIBIT "D"



# EXHIBIT "E"

2/25/2022                                    WebVoyage Record View 1



The Library has opened access to the reading rooms by appointment
only. <u>More</u>. The Jefferson Building has reopened to visitors via timed,
ticketed entry. <u>More</u>.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Alyssa Schukar)[ in Name Claimant ]
Search Results: Displaying 7 of 20 entries



Labeled View

*Alyssa Schukar 2020-Q1 Photo Collection.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002207314 / 2020-05-15 |
| **Application Title:** | Alyssa Schukar 2020-Q1 Photo Collection |
| **Title:** | Alyssa Schukar 2020-Q1 Photo Collection. [Group registration of published photographs. 750 photographs. 2020-01-08 to 2020-03-28] |
| **Description:** | 750 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Alyssa Schukar. Address: 4141 N Henderson Rd, #527, Arlington, VA, 22203, United States. |
| **Date of Creation:** | 2020 |
| **Publication Date Range:** | 2020-01-08 to 2020-03-28 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Alyssa Schukar; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Alyssa Schukar, 4141 N Henderson Rd, #527, Arlington, VA, 22203, United States, (402) 770-3968, alyssa.schukar@gmail.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2020 (45 photographs): 20200108-EdWeekDCkinder- |

2/25/2022                                    WebVoyage Record View 1

0044.JPG,20200108-EdWeekDCkinder-0349.JPG,20200110-NRDCportraits-
4305.JPG,20200110-NRDCportraits-4439.JPG,20200110-NRDCportraits-
4510.JPG,20200110-NRDCportraits-4664.JPG,20200110-NRDCportraits-
4715.JPG,20200110-NRDCportraits-5010.JPG,20200110-NRDCportraits-
5054.JPG,20200110-NRDCportraits-5147.JPG,20200110-NRDCportraits-
5165.JPG,20200110-NRDCportraits-5223.JPG,20200110-NRDCportraits-
5545.JPG,20200110-NRDCportraits-5650.JPG,20200110-NRDCportraits-
5684.JPG,20200110-NRDCportraits-5797.JPG,20200110-NRDCportraits-
5890.JPG,20200110-NRDCportraits-5941.JPG,20200110-NRDCportraits-
6142.JPG,20200110-NRDCportraits-6186.JPG,20200110-NRDCportraits-
6267.JPG,20200115-MediumJacinta-5313.JPG,20200115-MediumJacinta-
5360.JPG,20200115-MediumJacinta-5446.JPG,20200115-MediumJacinta-
5504.JPG,20200115-MediumJacinta-5511.JPG,20200115-MediumJacinta-
6279.JPG,20200115-MediumJacinta-6383.JPG,20200116-WSJDougJones-
0007.JPG,20200116-WSJDougJones-0030.JPG,20200116-WSJDougJones-
0041.JPG,20200116-WSJDougJones-0082.JPG,20200116-WSJDougJones-
0111.JPG,20200116-WSJDougJones-0124.JPG,20200116-WSJDougJones-
0149.JPG,20200116-WSJDougJones-0179.JPG,20200116-WSJDougJones-
0206.JPG,20200116-WSJDougJones-0254.JPG,20200116-WSJDougJones-
0292.JPG,20200116-WSJDougJones-0327.JPG,20200116-WSJDougJones-
0332.JPG,20200116-WSJDougJones-0410.JPG,20200116-WSJDougJones-
0421.JPG,20200116-WSJDougJones-0459.JPG,20200116-WSJDougJones-
0463.JPG,

Published in January 2020 (45 photographs): 20200116-WSJDougJones-
0497.JPG,20200116-WSJDougJones-0625.JPG,20200116-WSJDougJones-
0652.JPG,20200116-WSJDougJones-0695.JPG,20200116-WSJDougJones-
0735.JPG,20200116-WSJDougJones-0793.JPG,20200116-WSJDougJones-
5550.JPG,20200116-WSJDougJones-5594.JPG,20200116-WSJDougJones-
6553.JPG,20200116-WSJDougJones-6584.JPG,20200116-WSJDougJones-
6587.JPG,20200116-WSJDougJones-6592.JPG,20200116-WSJImpeac-
0823.JPG,20200116-WSJImpeac-0829.JPG,20200116-WSJImpeac-
0872.JPG,20200116-WSJImpeac-0874.JPG,20200118-CRRWomensMarch-
5619.JPG,20200118-CRRWomensMarch-5629.JPG,20200118-CRRWomensMarch-
5643.JPG,20200118-CRRWomensMarch-5646.JPG,20200118-CRRWomensMarch-
5647.JPG,20200118-CRRWomensMarch-5672.JPG,20200118-CRRWomensMarch-
5684.JPG,20200118-CRRWomensMarch-5696.JPG,20200118-CRRWomensMarch-
5705.JPG,20200118-CRRWomensMarch-5710.JPG,20200118-CRRWomensMarch-
5722.JPG,20200118-CRRWomensMarch-5759.JPG,20200118-CRRWomensMarch-
5794.JPG,20200118-CRRWomensMarch-5806.JPG,20200118-CRRWomensMarch-
5822.JPG,20200118-CRRWomensMarch-5899.JPG,20200118-CRRWomensMarch-
5945.JPG,20200118-CRRWomensMarch-5966.JPG,20200118-CRRWomensMarch-
5973.JPG,20200118-CRRWomensMarch-5991.JPG,20200118-CRRWomensMarch-
6015.JPG,20200118-CRRWomensMarch-6020.JPG,20200118-CRRWomensMarch-
6024.JPG,20200118-CRRWomensMarch-6053.JPG,20200118-CRRWomensMarch-
6059.JPG,20200118-CRRWomensMarch-6069.JPG,20200118-CRRWomensMarch-
6071.JPG,20200118-CRRWomensMarch-6089.JPG,20200118-CRRWomensMarch-
6105.JPG,

Published in January 2020 (9 photographs): 20200131-NYTimpeach-
2471.JPG,20200131-NYTimpeach-2520.JPG,20200131-NYTimpeach-
2567.JPG,20200131-NYTimpeach-2589.JPG,20200131-NYTimpeach-
2635.JPG,20200131-NYTimpeach-6386.JPG,20200131-NYTimpeach-
6391.JPG,20200131-NYTimpeach-6451.JPG,20200131-NYTimpeach-6458.JPG,

Published in January 2020 (45 photographs): 20200129-NYTimpeach-
9657.JPG,20200130-NYTimpeach--5.JPG,20200130-NYTimpeach-
-6.JPG,20200130-NYTimpeach--7.JPG,20200130-NYTimpeach--8.JPG,20200130-

2/25/2022                          WebVoyage Record View 1

NYTimpeach-.JPG,20200130-NYTimpeach-0021.JPG,20200130-NYTimpeach-
0034.JPG,20200130-NYTimpeach-0193.JPG,20200130-NYTimpeach-
0403.JPG,20200130-NYTimpeach-0438.JPG,20200130-NYTimpeach-
0478.JPG,20200130-NYTimpeach-0563.JPG,20200130-NYTimpeach-
0583.JPG,20200130-NYTimpeach-0601.JPG,20200130-NYTimpeach-
0664.JPG,20200130-NYTimpeach-0672.JPG,20200130-NYTimpeach-
1145.JPG,20200130-NYTimpeach-1149.JPG,20200130-NYTimpeach-
1284.JPG,20200130-NYTimpeach-1408.JPG,20200130-NYTimpeach-
1539.JPG,20200130-NYTimpeach-1708.JPG,20200130-NYTimpeach-
1812.JPG,20200130-NYTimpeach-1841.JPG,20200130-NYTimpeach-
5536.JPG,20200130-NYTimpeach-5813.JPG,20200130-NYTimpeach-
9776.JPG,20200130-NYTimpeach-9915.JPG,20200130-NYTimpeach-
9953.JPG,20200130-NYTimpeach-9958.JPG,20200131-NYTimpeach-
0954.JPG,20200131-NYTimpeach-0964.JPG,20200131-NYTimpeach-
1196.JPG,20200131-NYTimpeach-1236.JPG,20200131-NYTimpeach-
2039.JPG,20200131-NYTimpeach-2046.JPG,20200131-NYTimpeach-
2058.JPG,20200131-NYTimpeach-2094.JPG,20200131-NYTimpeach-
2147.JPG,20200131-NYTimpeach-2156.JPG,20200131-NYTimpeach-
2344.JPG,20200131-NYTimpeach-2367.JPG,20200131-NYTimpeach-
2395.JPG,20200131-NYTimpeach-2454.JPG,

Published in January 2020 (45 photographs): 20200128-NYTIsrael-
4082.JPG,20200128-NYTIsrael-4089.JPG,20200128-NYTIsrael-
4221.JPG,20200128-NYTIsrael-4425.JPG,20200128-NYTIsrael-
4705.JPG,20200129-NYTimpeach-0196.JPG,20200129-NYTimpeach-
0253.JPG,20200129-NYTimpeach-0330.JPG,20200129-NYTimpeach-
0356.JPG,20200129-NYTimpeach-0379.JPG,20200129-NYTimpeach-
0391.JPG,20200129-NYTimpeach-0451.JPG,20200129-NYTimpeach-
0511.JPG,20200129-NYTimpeach-0524.JPG,20200129-NYTimpeach-
0548.JPG,20200129-NYTimpeach-0671.JPG,20200129-NYTimpeach-
0770.JPG,20200129-NYTimpeach-0903.JPG,20200129-NYTimpeach-
0985.JPG,20200129-NYTimpeach-1047.JPG,20200129-NYTimpeach-
1076.JPG,20200129-NYTimpeach-1087.JPG,20200129-NYTimpeach-
1111.JPG,20200129-NYTimpeach-4743.JPG,20200129-NYTimpeach-
4784.JPG,20200129-NYTimpeach-4791.JPG,20200129-NYTimpeach-
4889.JPG,20200129-NYTimpeach-5025.JPG,20200129-NYTimpeach-
5041.JPG,20200129-NYTimpeach-5115.JPG,20200129-NYTimpeach-
5128.JPG,20200129-NYTimpeach-5150.JPG,20200129-NYTimpeach-
8500.JPG,20200129-NYTimpeach-8516.JPG,20200129-NYTimpeach-
8626.JPG,20200129-NYTimpeach-8727.JPG,20200129-NYTimpeach-
8765.JPG,20200129-NYTimpeach-8851.JPG,20200129-NYTimpeach-
8875.JPG,20200129-NYTimpeach-9041.JPG,20200129-NYTimpeach-
9123.JPG,20200129-NYTimpeach-9216.JPG,20200129-NYTimpeach-
9226.JPG,20200129-NYTimpeach-9553.JPG,20200129-NYTimpeach-9625.JPG,

Published in January 2020 (45 photographs): 20200122-NYTLorain-
8314.JPG,20200122-NYTLorain-8332.JPG,20200122-NYTLorain-
8493.JPG,20200122-NYTLorain-8723.JPG,20200127-NYTimpeach-
3402.JPG,20200127-NYTimpeach-3491.JPG,20200127-NYTimpeach-
3510.JPG,20200127-NYTimpeach-3548.JPG,20200127-NYTimpeach-
3685.JPG,20200127-NYTimpeach-3688.JPG,20200127-NYTimpeach-
3984.JPG,20200127-NYTimpeach-8074.JPG,20200127-NYTimpeach-
8100.JPG,20200127-NYTimpeach-8121.JPG,20200127-NYTimpeach-
8221.JPG,20200127-NYTimpeach-8256.JPG,20200127-NYTimpeach-
8265.JPG,20200127-NYTimpeach-8279.JPG,20200127-NYTimpeach-
8326.JPG,20200127-NYTimpeach-8345.JPG,20200127-NYTimpeach-
8350.JPG,20200127-NYTimpeach-8807.JPG,20200127-NYTimpeach-
8837.JPG,20200127-NYTimpeach-8976.JPG,20200127-NYTimpeach-

2/25/2022                                                    WebVoyage Record View 1

9026.JPG,20200127-NYTimpeach-9120.JPG,20200127-NYTimpeach-
9192.JPG,20200127-NYTimpeach-9202.JPG,20200127-NYTimpeach-
9230.JPG,20200127-NYTimpeach-9242.JPG,20200127-NYTimpeach-
9258.JPG,20200127-NYTimpeach-9283.JPG,20200127-NYTimpeach-
9398.JPG,20200127-NYTimpeach-9408.JPG,20200127-NYTimpeach-
9470.JPG,20200127-NYTimpeach-9480.JPG,20200127-NYTimpeach-
9549.JPG,20200127-NYTimpeach-9594.JPG,20200127-NYTimpeach-
9764.JPG,20200127-NYTimpeach-9782.JPG,20200128-NYTIsrael-
0012.JPG,20200128-NYTIsrael-0034.JPG,20200128-NYTIsrael-
4001.JPG,20200128-NYTIsrael-4042.JPG,20200128-NYTIsrael-4047.JPG,

Published in January 2020 (45 photographs): 20200122-NYTLorain-
1062.JPG,20200122-NYTLorain-1349.JPG,20200122-NYTLorain-
1353.JPG,20200122-NYTLorain-1530.JPG,20200122-NYTLorain-
1587.JPG,20200122-NYTLorain-1594.JPG,20200122-NYTLorain-
1637.JPG,20200122-NYTLorain-1659.JPG,20200122-NYTLorain-
1695.JPG,20200122-NYTLorain-1723.JPG,20200122-NYTLorain-
1814.JPG,20200122-NYTLorain-1827.JPG,20200122-NYTLorain-
1860.JPG,20200122-NYTLorain-2226.JPG,20200122-NYTLorain-
2399.JPG,20200122-NYTLorain-2462.JPG,20200122-NYTLorain-
2467.JPG,20200122-NYTLorain-2469.JPG,20200122-NYTLorain-
2474.JPG,20200122-NYTLorain-2514.JPG,20200122-NYTLorain-
2537.JPG,20200122-NYTLorain-2664.JPG,20200122-NYTLorain-
2677.JPG,20200122-NYTLorain-2701.JPG,20200122-NYTLorain-
2705.JPG,20200122-NYTLorain-2736.JPG,20200122-NYTLorain-
2788.JPG,20200122-NYTLorain-2798.JPG,20200122-NYTLorain-
2800.JPG,20200122-NYTLorain-2821.JPG,20200122-NYTLorain-
2849.JPG,20200122-NYTLorain-2872.JPG,20200122-NYTLorain-
2909.JPG,20200122-NYTLorain-2923.JPG,20200122-NYTLorain-
2929.JPG,20200122-NYTLorain-2961.JPG,20200122-NYTLorain-
2968.JPG,20200122-NYTLorain-3034.JPG,20200122-NYTLorain-
3044.JPG,20200122-NYTLorain-3067.JPG,20200122-NYTLorain-
3071.JPG,20200122-NYTLorain-3162.JPG,20200122-NYTLorain-
8241.JPG,20200122-NYTLorain-8262.JPG,20200122-NYTLorain-8282.JPG,

Published in January 2020 (45 photographs): 20200120-NYTgunrally-
6893.JPG,20200120-NYTgunrally-6922.JPG,20200120-NYTgunrally-
6934.JPG,20200120-NYTgunrally-6951.JPG,20200120-NYTgunrally-
6978.JPG,20200120-NYTgunrally-7015.JPG,20200120-NYTgunrally-
7064.JPG,20200120-NYTgunrally-7111.JPG,20200120-NYTgunrally-
7152.JPG,20200120-NYTgunrally-7233.JPG,20200120-NYTgunrally-
7323.JPG,20200120-NYTgunrally-7488.JPG,20200120-NYTgunrally-
7512.JPG,20200120-NYTgunrally-7518.JPG,20200120-NYTgunrally-
7531.JPG,20200120-NYTgunrally-7646.JPG,20200120-NYTgunrally-
7764.JPG,20200120-NYTgunrally-7827.JPG,20200120-NYTgunrally-
7837.JPG,20200120-NYTgunrally-7855.JPG,20200120-NYTgunrally-
7870.JPG,20200120-NYTgunrally-7900.JPG,20200120-NYTgunrally-
7927.JPG,20200120-NYTgunrally-7932.JPG,20200120-NYTgunrally-
7967.JPG,20200120-NYTgunrally-8006.JPG,20200120-NYTgunrally-
8007.JPG,20200120-NYTgunrally-8030.JPG,20200120-NYTgunrally-
8034.JPG,20200120-NYTgunrally-8075.JPG,20200120-NYTgunrally-
8146.JPG,20200120-NYTgunrally-8186.JPG,20200120-NYTgunrally-
8200.JPG,20200120-NYTgunrally-8209.JPG,20200122-NYTLorain-
0793.JPG,20200122-NYTLorain-0802.JPG,20200122-NYTLorain-
0881.JPG,20200122-NYTLorain-0889.JPG,20200122-NYTLorain-
0976.JPG,20200122-NYTLorain-0981.JPG,20200122-NYTLorain-
0984.JPG,20200122-NYTLorain-0993.JPG,20200122-NYTLorain-
1009.JPG,20200122-NYTLorain-1036.JPG,20200122-NYTLorain-1041.JPG,

2/25/2022                                    WebVoyage Record View 1

Published in January 2020 (45 photographs): 20200118-CRRWomensMarch-
6111.JPG,20200118-CRRWomensMarch-6119.JPG,20200118-CRRWomensMarch-
6131.JPG,20200118-CRRWomensMarch-6134.JPG,20200118-CRRWomensMarch-
6244.JPG,20200118-CRRWomensMarch-6267.JPG,20200118-CRRWomensMarch-
6625.JPG,20200118-CRRWomensMarch-6634.JPG,20200118-CRRWomensMarch-
6646.JPG,20200118-CRRWomensMarch-6648.JPG,20200118-CRRWomensMarch-
6677.JPG,20200118-CRRWomensMarch-6690.JPG,20200118-CRRWomensMarch-
6691.JPG,20200118-CRRWomensMarch-6697.JPG,20200118-CRRWomensMarch-
6710.JPG,20200118-CRRWomensMarch-6720.JPG,20200118-CRRWomensMarch-
6727.JPG,20200118-CRRWomensMarch-6730.JPG,20200118-CRRWomensMarch-
6736.JPG,20200118-CRRWomensMarch-6755.JPG,20200118-CRRWomensMarch-
6765.JPG,20200118-CRRWomensMarch-6822.JPG,20200118-CRRWomensMarch-
6836.JPG,20200118-CRRWomensMarch-6845.JPG,20200118-CRRWomensMarch-
6874.JPG,20200118-CRRWomensMarch-6876.JPG,20200118-CRRWomensMarch-
6882.JPG,20200118-CRRWomensMarch-6889.JPG,20200118-CRRWomensMarch-
6906.JPG,20200118-CRRWomensMarch-6912.JPG,20200118-CRRWomensMarch-
6924.JPG,20200118-CRRWomensMarch-6926.JPG,20200118-CRRWomensMarch-
6939.JPG,20200118-CRRWomensMarch-6947.JPG,20200118-CRRWomensMarch-
7010.JPG,20200118-CRRWomensMarch-7053.JPG,20200118-CRRWomensMarch-
7059.JPG,20200118-CRRWomensMarch-7065.JPG,20200118-CRRWomensMarch-
7068.JPG,20200118-CRRWomensMarch-7072.JPG,20200118-CRRWomensMarch-
7084.JPG,20200118-CRRWomensMarch-7090.JPG,20200118-CRRWomensMarch-
7104.JPG,20200118-CRRWomensMarch-7105.JPG,20200118-CRRWomensMarch-
7125.JPG,

Published in January 2020 (45 photographs): 20200118-CRRWomensMarch-
7130.JPG,20200118-CRRWomensMarch-7137.JPG,20200118-CRRWomensMarch-
7145.JPG,20200118-CRRWomensMarch-7159.JPG,20200118-CRRWomensMarch-
7178.JPG,20200118-CRRWomensMarch-7196.JPG,20200118-CRRWomensMarch-
7198.JPG,20200118-CRRWomensMarch-7201.JPG,20200118-CRRWomensMarch-
7242.JPG,20200118-CRRWomensMarch-7245.JPG,20200118-CRRWomensMarch-
7250.JPG,20200118-CRRWomensMarch-7285.JPG,20200118-CRRWomensMarch-
7316.JPG,20200118-CRRWomensMarch-7342.JPG,20200118-CRRWomensMarch-
7375.JPG,20200118-CRRWomensMarch-7380.JPG,20200118-CRRWomensMarch-
7385.JPG,20200118-CRRWomensMarch-7414.JPG,20200118-CRRWomensMarch-
7479.JPG,20200118-CRRWomensMarch-7489.JPG,20200118-CRRWomensMarch-
7496.JPG,20200118-CRRWomensMarch-7543.JPG,20200119-NYTgunrally-
6376.JPG,20200119-NYTgunrally-6468.JPG,20200119-NYTgunrally-
7667.JPG,20200120-NYTgunrally-0537.JPG,20200120-NYTgunrally-
0558.JPG,20200120-NYTgunrally-0573.JPG,20200120-NYTgunrally-
0587.JPG,20200120-NYTgunrally-0603.JPG,20200120-NYTgunrally-
0639.JPG,20200120-NYTgunrally-0677.JPG,20200120-NYTgunrally-
0713.JPG,20200120-NYTgunrally-0725.JPG,20200120-NYTgunrally-
6505.JPG,20200120-NYTgunrally-6514.JPG,20200120-NYTgunrally-
6643.JPG,20200120-NYTgunrally-6672.JPG,20200120-NYTgunrally-
6743.JPG,20200120-NYTgunrally-6751.JPG,20200120-NYTgunrally-
6798.JPG,20200120-NYTgunrally-6821.JPG,20200120-NYTgunrally-
6860.JPG,20200120-NYTgunrally-6867.JPG,20200120-NYTgunrally-6877.JPG,

Published in February 2020 (50 photographs): 20200209-NYTNewHamp-
8493.JPG,20200209-NYTNewHamp-8564.JPG,20200209-NYTNewHamp-
8704.JPG,20200209-NYTNewHamp-9043.JPG,20200209-NYTNewHamp-
9192.JPG,20200209-NYTNewHamp-9376.JPG,20200209-NYTNewHamp-
9386.JPG,20200209-NYTNewHamp-9468.JPG,20200209-NYTNewHamp-
9548.JPG,20200209-NYTNewHamp-9752.JPG,20200209-NYTNewHamp-
9889.JPG,20200210-NYTNewHamp-.JPG,20200210-NYTNewHamp-
0018.JPG,20200210-NYTNewHamp-0044.JPG,20200210-NYTNewHamp-

2/25/2022                                WebVoyage Record View 1

0374.JPG,20200210-NYTNewHamp-0593.JPG,20200210-NYTNewHamp-
0637.JPG,20200210-NYTNewHamp-0885.JPG,20200210-NYTNewHamp-
6636.JPG,20200210-NYTNewHamp-6756.JPG,20200210-NYTNewHamp-
6913.JPG,20200210-NYTNewHamp-6970.JPG,20200210-NYTNewHamp-
7067.JPG,20200210-NYTNewHamp-7277.JPG,20200210-NYTNewHamp-
7352.JPG,20200210-NYTNewHamp-7417.JPG,20200210-NYTNewHamp-
7555.JPG,20200210-NYTNewHamp-7572.JPG,20200210-NYTNewHamp-
7634.JPG,20200210-NYTNewHamp-7694.JPG,20200210-NYTNewHamp-
7818.JPG,20200210-NYTNewHamp-7851.JPG,20200210-NYTNewHamp-
7890.JPG,20200210-NYTNewHamp-7908.JPG,20200210-NYTNewHamp-
7927.JPG,20200210-NYTNewHamp-7950.JPG,20200210-NYTNewHamp-
7962.JPG,20200210-NYTNewHamp-7982.JPG,20200210-NYTNewHamp-
7998.JPG,20200210-NYTNewHamp-8056.JPG,20200210-NYTNewHamp-
8114.JPG,20200210-NYTNewHamp-8140.JPG,20200210-NYTNewHamp-
8157.JPG,20200210-NYTNewHamp-8319.JPG,20200210-NYTNewHamp-
8519.JPG,20200210-NYTNewHamp-8605.JPG,20200210-NYTNewHamp-
8638.JPG,20200210-NYTNewHamp-9970.JPG,20200211-NYTNewHamp-
-2.JPG,20200211-NYTNewHamp-.JPG,

Published in February 2020 (50 photographs): 20200207-NYTNewHamp-
8171.JPG,20200208-NYTNewHamp-4661.JPG,20200208-NYTNewHamp-
6077.JPG,20200208-NYTNewHamp-6271.JPG,20200208-NYTNewHamp-
6434.JPG,20200208-NYTNewHamp-6495.JPG,20200208-NYTNewHamp-
6507.JPG,20200208-NYTNewHamp-6558.JPG,20200208-NYTNewHamp-
6671.JPG,20200208-NYTNewHamp-6696.JPG,20200208-NYTNewHamp-
6807.JPG,20200208-NYTNewHamp-8229.JPG,20200208-NYTNewHamp-
8350.JPG,20200208-NYTNewHamp-8375.JPG,20200208-NYTNewHamp-
8440.JPG,20200209-NYTNewHamp--2.JPG,20200209-
NYTNewHamp-.JPG,20200209-NYTNewHamp-4927.JPG,20200209-
NYTNewHamp-5071.JPG,20200209-NYTNewHamp-5163.JPG,20200209-
NYTNewHamp-5293.JPG,20200209-NYTNewHamp-5429.JPG,20200209-
NYTNewHamp-5475.JPG,20200209-NYTNewHamp-5651.JPG,20200209-
NYTNewHamp-5666.JPG,20200209-NYTNewHamp-5690.JPG,20200209-
NYTNewHamp-5758.JPG,20200209-NYTNewHamp-5793.JPG,20200209-
NYTNewHamp-5850.JPG,20200209-NYTNewHamp-5878.JPG,20200209-
NYTNewHamp-5945.JPG,20200209-NYTNewHamp-6049.JPG,20200209-
NYTNewHamp-6052.JPG,20200209-NYTNewHamp-6195.JPG,20200209-
NYTNewHamp-6242.JPG,20200209-NYTNewHamp-6304.JPG,20200209-
NYTNewHamp-6358.JPG,20200209-NYTNewHamp-6378.JPG,20200209-
NYTNewHamp-6466.JPG,20200209-NYTNewHamp-6899.JPG,20200209-
NYTNewHamp-7008.JPG,20200209-NYTNewHamp-7043.JPG,20200209-
NYTNewHamp-7047.JPG,20200209-NYTNewHamp-7099.JPG,20200209-
NYTNewHamp-7279.JPG,20200209-NYTNewHamp-7364.JPG,20200209-
NYTNewHamp-7384.JPG,20200209-NYTNewHamp-7473.JPG,20200209-
NYTNewHamp-7514.JPG,20200209-NYTNewHamp-8466.JPG,

Published in February 2020 (50 photographs): 20200205-NYTNewHamp-
3995.JPG,20200205-NYTNewHamp-4049.JPG,20200205-NYTNewHamp-
4195.JPG,20200205-NYTNewHamp-4313.JPG,20200205-NYTNewHamp-
4342.JPG,20200205-NYTNewHamp-4439.JPG,20200205-NYTNewHamp-
4469.JPG,20200205-NYTNewHamp-4614.JPG,20200205-NYTNewHamp-
4717.JPG,20200205-NYTNewHamp-7452.JPG,20200205-NYTNewHamp-
7653.JPG,20200205-NYTNewHamp-7709.JPG,20200205-NYTNewHamp-
7749.JPG,20200205-NYTNewHamp-7768.JPG,20200205-NYTNewHamp-
7789.JPG,20200205-NYTNewHamp-7791.JPG,20200206-NYTNewHamp-
3469.JPG,20200206-NYTNewHamp-3516.JPG,20200206-NYTNewHamp-
3522.JPG,20200206-NYTNewHamp-3533.JPG,20200206-NYTNewHamp-
3576.JPG,20200206-NYTNewHamp-3585.JPG,20200206-NYTNewHamp-

2/25/2022                                        WebVoyage Record View 1

4747.JPG,20200206-NYTNewHamp-4869.JPG,20200206-NYTNewHamp-
4892.JPG,20200206-NYTNewHamp-4937.JPG,20200206-NYTNewHamp-
4941.JPG,20200206-NYTNewHamp-4963.JPG,20200206-NYTNewHamp-
5001.JPG,20200206-NYTNewHamp-5136.JPG,20200206-NYTNewHamp-
5246.JPG,20200206-NYTNewHamp-5269.JPG,20200206-NYTNewHamp-
7834.JPG,20200206-NYTNewHamp-7835.JPG,20200206-NYTNewHamp-
7952.JPG,20200206-NYTNewHamp-8030.JPG,20200206-NYTNewHamp-
8076.JPG,20200206-NYTNewHamp-8119.JPG,20200207-NYTNewHamp-
3638.JPG,20200207-NYTNewHamp-3774.JPG,20200207-NYTNewHamp-
3784.JPG,20200207-NYTNewHamp-3813.JPG,20200207-NYTNewHamp-
3909.JPG,20200207-NYTNewHamp-4190.JPG,20200207-NYTNewHamp-
4222.JPG,20200207-NYTNewHamp-5342.JPG,20200207-NYTNewHamp-
5344.JPG,20200207-NYTNewHamp-5400.JPG,20200207-NYTNewHamp-
5853.JPG,20200207-NYTNewHamp-5894.JPG,

Published in February 2020 (50 photographs): 20200204-NYTNewHamp-
1336.JPG,20200204-NYTNewHamp-1348.JPG,20200204-NYTNewHamp-
1368.JPG,20200204-NYTNewHamp-1385.JPG,20200204-NYTNewHamp-
1437.JPG,20200204-NYTNewHamp-1457.JPG,20200204-NYTNewHamp-
1486.JPG,20200204-NYTNewHamp-1637.JPG,20200204-NYTNewHamp-
1711.JPG,20200204-NYTNewHamp-1738.JPG,20200204-NYTNewHamp-
1773.JPG,20200204-NYTNewHamp-1847.JPG,20200204-NYTNewHamp-
1853.JPG,20200204-NYTNewHamp-1875.JPG,20200204-NYTNewHamp-
2039.JPG,20200204-NYTNewHamp-2288.JPG,20200204-NYTNewHamp-
2400.JPG,20200204-NYTNewHamp-2486.JPG,20200204-NYTNewHamp-
2523.JPG,20200204-NYTNewHamp-2644.JPG,20200204-NYTNewHamp-
2755.JPG,20200204-NYTNewHamp-2855.JPG,20200204-NYTNewHamp-
3052.JPG,20200204-NYTNewHamp-3205.JPG,20200204-NYTNewHamp-
3455.JPG,20200204-NYTNewHamp-3521.JPG,20200204-NYTNewHamp-
3543.JPG,20200204-NYTNewHamp-3733.JPG,20200204-NYTNewHamp-
3746.JPG,20200204-NYTNewHamp-3858.JPG,20200204-NYTNewHamp-
3859.JPG,20200204-NYTNewHamp-6488.JPG,20200204-NYTNewHamp-
6618.JPG,20200204-NYTNewHamp-6721.JPG,20200204-NYTNewHamp-
6725.JPG,20200204-NYTNewHamp-6841.JPG,20200204-NYTNewHamp-
6969.JPG,20200204-NYTNewHamp-7009.JPG,20200204-NYTNewHamp-
7021.JPG,20200204-NYTNewHamp-7064.JPG,20200204-NYTNewHamp-
7072.JPG,20200204-NYTNewHamp-7108.JPG,20200204-NYTNewHamp-
7154.JPG,20200204-NYTNewHamp-7217.JPG,20200204-NYTNewHamp-
7249.JPG,20200205-NYTNewHamp-2906.JPG,20200205-NYTNewHamp-
3100.JPG,20200205-NYTNewHamp-3172.JPG,20200205-NYTNewHamp-
3234.JPG,20200205-NYTNewHamp-3389.JPG,

Published in February 2020 (44 photographs): 20200211-NYTNewHamp-
0159.JPG,20200211-NYTNewHamp-0259.JPG,20200211-NYTNewHamp-
0327.JPG,20200211-NYTNewHamp-0511.JPG,20200211-NYTNewHamp-
0537.JPG,20200211-NYTNewHamp-0983.JPG,20200211-NYTNewHamp-
1019.JPG,20200211-NYTNewHamp-1041.JPG,20200211-NYTNewHamp-
8851.JPG,20200211-NYTNewHamp-8860.JPG,20200211-NYTNewHamp-
8944.JPG,20200211-NYTNewHamp-9020.JPG,20200211-NYTNewHamp-
9071.JPG,20200211-NYTNewHamp-9076.JPG,20200211-NYTNewHamp-
9107.JPG,20200211-NYTNewHamp-9110.JPG,20200211-NYTNewHamp-
9124.JPG,20200211-NYTNewHamp-9145.JPG,20200211-NYTNewHamp-
9174.JPG,20200211-NYTNewHamp-9205.JPG,20200211-NYTNewHamp-
9234.JPG,20200211-NYTNewHamp-9540.JPG,20200211-NYTNewHamp-
9669.JPG,20200211-NYTNewHamp-9722.JPG,20200211-NYTNewHamp-
9829.JPG,20200227-NYTcovidTravel-0010.JPG,20200227-NYTcovidTravel-
1979.JPG,20200227-NYTcovidTravel-2005.JPG,20200227-NYTcovidTravel-
2011.JPG,20200227-NYTcovidTravel-2052.JPG,20200227-NYTcovidTravel-

9521.JPG,20200227-NYTcovidTravel-9531.JPG,20200227-NYTcovidTravel-
9580.JPG,20200227-NYTcovidTravel-9585.JPG,20200227-NYTcovidTravel-
9641.JPG,20200227-NYTcovidTravel-9654.JPG,20200227-NYTcovidTravel-
9661.JPG,20200227-NYTcovidTravel-9674.JPG,20200227-NYTcovidTravel-
9780.JPG,20200227-NYTcovidTravel-9835.JPG,20200227-NYTcovidTravel-
9856.JPG,20200227-NYTcovidTravel-9890.JPG,20200227-NYTcovidTravel-
9983.JPG,20200227-NYTcovidTravel-9991.JPG,

Published in March 2020 (50 photographs): 20200302-NYTBayCity-
-2.JPG,20200302-NYTBayCity-.JPG,20200302-NYTBayCity-0928.JPG,20200302-
NYTBayCity-0996.JPG,20200302-NYTBayCity-1478.JPG,20200302-
NYTBayCity-1605.JPG,20200302-NYTBayCity-1609.JPG,20200302-
NYTBayCity-1703.JPG,20200302-NYTBayCity-1801.JPG,20200302-
NYTBayCity-2255.JPG,20200302-NYTBayCity-2386.JPG,20200302-
NYTBayCity-2509.JPG,20200302-NYTBayCity-2548.JPG,20200302-
NYTBayCity-2594.JPG,20200302-NYTBayCity-3746.JPG,20200302-
NYTBayCity-3757.JPG,20200303-NYTcovidTravel-3847.JPG,20200303-
NYTcovidTravel-3861.JPG,20200303-NYTcovidTravel-3874.JPG,20200303-
NYTcovidTravel-3880.JPG,20200303-NYTcovidTravel-3887.JPG,20200303-
NYTcovidTravel-3891.JPG,20200303-NYTcovidTravel-3940.JPG,20200303-
NYTcovidTravel-3955.JPG,20200303-NYTcovidTravel-3991.JPG,20200310-
GCFDRavenswood-4266.JPG,20200311-NYTcovidChicago-6737.JPG,20200311-
NYTcovidChicago-6768.JPG,20200311-NYTcovidChicago-6785.JPG,20200311-
NYTcovidChicago-6890.JPG,20200311-NYTcovidChicago-6937.JPG,20200311-
NYTcovidChicago-7026.JPG,20200311-NYTcovidChicago-7059.JPG,20200311-
NYTcovidChicago-7141.JPG,20200312-NYTcovidChicago-4486.JPG,20200312-
NYTcovidChicago-6158.JPG,20200314-NYTcovidDC-6332.JPG,20200314-
NYTcovidDC-7807.JPG,20200314-NYTcovidDC-8178.JPG,20200315-
NYTcovidDC-8458.JPG,20200315-NYTcovidDC-9367.JPG,20200319-
NYTcovidDC-0179.JPG,20200319-NYTcovidDC-0229.JPG,20200319-
NYTcovidDC-1025.JPG,20200319-NYTcovidDC-1050.JPG,20200319-
NYTcovidDC-1119.JPG,20200319-NYTcovidDC-1212.JPG,20200319-
NYTcovidDC-1230.JPG,20200319-NYTcovidDC-1254.JPG,20200319-
NYTcovidDC-4529.JPG,

Published in March 2020 (42 photographs): 20200319-NYTcovidDC-
9985.JPG,20200326-NYTcovidDC-0344.JPG,20200326-NYTcovidDC-
0382.JPG,20200326-NYTcovidDC-0648.JPG,20200326-NYTcovidDC-
0698.JPG,20200326-NYTcovidDC-0939.JPG,20200326-NYTcovidDC-
1015.JPG,20200326-NYTcovidDC-1289.JPG,20200326-NYTcovidDC-
1398.JPG,20200326-NYTcovidDC-1453.JPG,20200326-NYTcovidDC-
7791.JPG,20200326-NYTcovidDC-7796.JPG,20200326-NYTcovidDC-
7934.JPG,20200326-NYTcovidDC-8075.JPG,20200326-NYTcovidDC-
8155.JPG,20200327-NYTcovidTanetown-1574.JPG,20200327-NYTcovidTanetown-
1721.JPG,20200327-NYTcovidTanetown-1818.JPG,20200327-NYTcovidTanetown-
1875.JPG,20200327-NYTcovidTanetown-2095.JPG,20200327-NYTcovidTanetown-
2336.JPG,20200327-NYTcovidTanetown-2416.JPG,20200327-NYTcovidTanetown-
2565.JPG,20200327-NYTcovidTanetown-2572.JPG,20200327-NYTcovidTanetown-
2624.JPG,20200327-NYTcovidTanetown-2724.JPG,20200327-NYTcovidTanetown-
2879.JPG,20200327-NYTcovidTanetown-2928.JPG,20200328-NYTcovidAmazon-
2998.JPG,20200328-NYTcovidAmazon-3025.JPG,20200328-NYTcovidAmazon-
3086.JPG,20200328-NYTcovidAmazon-3127.JPG,20200328-NYTcovidAmazon-
3154.JPG,20200328-NYTcovidAmazon-3221.JPG,20200328-NYTcovidAmazon-
3314.JPG,20200328-NYTcovidAmazon-3331.JPG,20200328-NYTcovidAmazon-
3423.JPG,20200328-NYTcovidAmazon-3471.JPG,20200328-NYTcovidAmazon-
3587.JPG,20200328-NYTcovidAmazon-3713.JPG,20200328-NYTcovidAmazon-
3744.JPG,20200328-NYTcovidAmazon-3753.JPG,

2/25/2022                          WebVoyage Record View 1

**Names:** Schukar, Alyssa





# EXHIBIT "F"

4/27/2020                                    WebVoyage Record View 1



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (alyssa schukar)[ in Name Claimant ]
Search Results: Displaying 2 of 4 entries



**Labeled View**

*Group Registration of Published Photographs; Asplund photos from 2016;...*

Type of Work: Entry not found.
Registration Number / Date: VA0002125103 / 2018-01-24
Application Title: Group Registration of Published Photographs; Asplund photos from 2016; approx 1,525 photos.
Title: Group Registration of Published Photographs; Asplund photos from 2016; approx 1,525 photos.
Description: Electronic file (eService)
Copyright Claimant: Alyssa Schukar. Address: 2100 S Marshall Blvd, 705, Chicago, IL, 60623.
Date of Creation: 2016
Date of Publication: 2016-12-29
Nation of First Publication: United States
Authorship on Application: Alyssa Schukar; Domicile: United States; Citizenship: United States. Authorship: photograph.
Rights and Permissions: Alyssa Schukar, 2100 S Marshall Blvd, 705, Chicago, IL, 60623, (402) 770-3968, alyssa.schukar@gmail.com
Copyright Note: C.O. correspondence.
Basis for Registration: Registered as a Group of Published Photographs.
Names: Schukar, Alyssa



| Save, Print and Email (Help Page) |
| Select Download Format ⊙ Format for Print/Save |
| Enter your email address: _____ Email |

4/27/2020                          WebVoyage Record View 1

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# EXHIBIT "G"

4/27/2020                         WebVoyage Record View 1



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (alyssa schukar)[ in Name Claimant ]
Search Results: Displaying 1 of 4 entries



**Labeled View**

*1,376 unpublished photos from 2017.*

|  |  |
|---|---|
| Type of Work: | Entry not found. |
| Registration Number / Date: | VA0002089315 / 2018-01-24 |
| Application Title: | 1,376 unpublished photos from 2017. |
| Title: | 1,376 unpublished photos from 2017. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Alyssa Schukar Photography. Address: 2100 S Marshall Blvd, 705, Chicago, IL, 60623. |
| Date of Creation: | 2017 |
| Date of Publication: | 2017-12-19 |
| Nation of First Publication: | United States |
| Authorship on Application: | Alyssa Schukar; Domicile: United States; Citizenship: United States. Authorship: photograph. |
| Rights and Permissions: | Alyssa Schukar, 2100 S Marshall Blvd, 705, Chicago, IL, 60623, (402) 770-3968, alyssa.schukar@gmail.com |
| Copyright Note: | Basis for Registration: Unpublished collection |
| Names: | Schukar, Alyssa |
|  | Alyssa Schukar Photography |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [ ] Format for Print/Save |
| Enter your email address: [          ] Email |

4/27/2020                                    WebVoyage Record View 1

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# EXHIBIT "H"

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-276-439

**Effective Date of Registration:**
October 20, 2021
**Registration Decision Date:**
November 22, 2021

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** October 21, 2020 to November 26, 2020

### Title _____

| | |
|---|---|
| **Title of Group:** | Alyssa Schukar 2020-Q4 Photo Collection |
| **Number of Photographs in Group:** | 486 |

- **Individual Photographs:** 20201020-ScienceNovavax-0002.JPG,
20201020-ScienceNovavax-0015.JPG,
20201020-ScienceNovavax-0040.JPG,
20201020-ScienceNovavax-0042.JPG,
20201020-ScienceNovavax-0050.JPG,
20201020-ScienceNovavax-0054.JPG,
20201020-ScienceNovavax-0057.JPG,
20201020-ScienceNovavax-0065.JPG,
20201020-ScienceNovavax-0069.JPG,
20201020-ScienceNovavax-0077.JPG,
20201020-ScienceNovavax-0083.JPG,
20201020-ScienceNovavax-0087.JPG,
20201020-ScienceNovavax-0095.JPG,
20201020-ScienceNovavax-0103.JPG,
20201020-ScienceNovavax-0119.JPG,
20201020-ScienceNovavax-0160.JPG,
20201020-ScienceNovavax-0193.JPG,
20201020-ScienceNovavax-0198.JPG,
20201020-ScienceNovavax-0206.JPG,
20201020-ScienceNovavax-0232.JPG,
20201020-ScienceNovavax-0236.JPG,
20201020-ScienceNovavax-0241.JPG,
20201020-ScienceNovavax-0329.JPG,
20201020-ScienceNovavax-0353.JPG,
20201020-ScienceNovavax-0378.JPG,
20201020-ScienceNovavax-0420.JPG,
20201020-ScienceNovavax-0461.JPG,
20201020-ScienceNovavax-0475.JPG,
20201020-ScienceNovavax-0486.JPG,
20201020-ScienceNovavax-0499.JPG,
20201020-ScienceNovavax-0508.JPG,
20201020-ScienceNovavax-0510.JPG,
20201020-ScienceNovavax-0519.JPG,

20201020-ScienceNovavax-0544.JPG,
20201027-NYTsocial-0004.JPG,
20201027-NYTsocial-0066.JPG,
20201027-NYTsocial-0092.JPG,
20201027-NYTsocial-0114.JPG,
20201027-NYTsocial-0156.JPG,
20201027-NYTsocial-0159.JPG,
20201027-NYTsocial-0181.JPG,
20201027-NYTsocial-0184.JPG,
20201027-NYTsocial-0219.JPG,
20201027-NYTsocial-0263.JPG,
20201027-NYTsocial-0267.JPG,
20201027-NYTsocial-0358.JPG,
20201027-NYTsocial-0407.JPG,
20201027-NYTsocial-0410.JPG,
20201027-NYTsocial-0420.JPG,
20201027-NYTsocial-0427.JPG,
20201027-NYTsocial-0501.JPG,
20201027-NYTsocial-0509.JPG,
20201027-NYTsocial-0515.JPG,
20201027-NYTsocial-0536.JPG,
20201027-NYTsocial-0540.JPG,
20201027-NYTsocial-0591.JPG,
20201027-NYTsocial-0637.JPG,
20201027-NYTsocial-0646.JPG,
20201027-NYTsocial-0751.JPG,
20201027-NYTsocial-0759.JPG,
20201027-NYTsocial-0789.JPG,
20201027-NYTsocial-0792.JPG,

**Published:**      October 2020

- **Individual Photographs:**   20201027-NYTsocial-0855.JPG,
20201027-NYTsocial-0890.JPG,
20201028-NYTgdp-0038.JPG,
20201028-NYTgdp-0097.JPG,
20201028-NYTgdp-0201.JPG,
20201028-NYTgdp-0207.JPG,
20201028-NYTgdp-0223.JPG,
20201028-NYTgdp-0285.JPG,
20201028-NYTgdp-0298.JPG,
20201028-NYTgdp-0312.JPG,
20201028-NYTgdp-0342.JPG,
20201028-NYTgdp-0366.JPG,
20201028-NYTgdp-0377.JPG,
20201028-NYTgdp-0396.JPG,
20201028-NYTgdp-0410.JPG,
20201028-NYTgdp-0424.JPG,
20201028-NYTgdp-0471.JPG,
20201028-NYTgdp-0479.JPG,
20201028-NYTgdp-0510.JPG,
20201028-NYTgdp-0566.JPG,
20201028-NYTgdp-0611.JPG,
20201028-NYTgdp-0643.JPG,
20201028-NYTgdp-0664.JPG,
20201028-NYTgdp-0670.JPG,
20201028-NYTgdp-0710.JPG,
20201028-NYTgdp-0723.JPG,
20201030-NYTsocial-0967.JPG,

20201030-NYTsocial-1005.JPG,
20201030-NYTsocial-1140.JPG,
20201030-NYTsocial-1144.JPG,
20201030-NYTsocial-1166.JPG,
20201030-NYTsocial-1300.JPG,
20201030-NYTsocial-1304.JPG,
20201030-NYTsocial-1314.JPG,
20201030-NYTsocial-1318.JPG,
20201030-NYTsocial-1363.JPG,
20201030-NYTsocial-1388.JPG,
20201030-NYTsocial-1441.JPG,
20201030-NYTsocial-1445.JPG,
20201030-NYTsocial-1477.JPG,
20201030-NYTsocial-1483.JPG,
20201030-NYTsocial-1538.JPG,
20201030-NYTsocial-1586.JPG,
20201030-NYTsocial-1598.JPG,
20201030-NYTsocial-1645.JPG,
20201030-NYTsocial-1671.JPG,
20201030-NYTsocial-1712.JPG,
20201030-NYTsocial-1713.JPG,
20201030-NYTsocial-1717.JPG,
20201030-NYTsocial-1730.JPG,
20201030-NYTsocial-1734.JPG,
20201030-NYTsocial-1747.JPG,
20201030-NYTsocial-1768.JPG,
20201030-NYTsocial-1834.JPG,

**Published:**     October 2020

- **Individual Photographs:**     20201102-NYTdc-0004.JPG,
20201102-NYTdc-0014.JPG,
20201102-NYTdc-0070.JPG,
20201102-NYTdc-0083.JPG,
20201102-NYTdc-0088.JPG,
20201102-NYTdc-0104.JPG,
20201102-NYTdc-0116.JPG,
20201102-NYTdc-0128.JPG,
20201102-NYTdc-0148.JPG,
20201102-NYTdc-0167.JPG,
20201102-NYTdc-0178.JPG,
20201102-NYTdc-0200.JPG,
20201102-NYTdc-0329.JPG,
20201102-NYTdc-0355.JPG,
20201102-NYTdc-0412.JPG,
20201103-NYTPelosi-0006.JPG,
20201103-NYTPelosi-0010.JPG,
20201103-NYTPelosi-0037.JPG,
20201103-NYTPelosi-0053.JPG,
20201103-NYTPelosi-0080.JPG,
20201103-NYTPelosi-0114.JPG,
20201103-NYTPelosi-0152.JPG,
20201103-NYTPelosi-0165.JPG,
20201103-NYTPelosi-0195.JPG,
20201103-NYTPelosi-0224.JPG,
20201103-NYTPelosi-0230.JPG,
20201103-NYTPelosi-0231.JPG,
20201103-NYTPelosi-0250.JPG,
20201103-NYTPelosi-0251.JPG,

20201103-NYTvaVote-0042.JPG,
20201103-NYTvaVote-0084.JPG,
20201103-NYTvaVote-0120.JPG,
20201103-NYTvaVote-0134.JPG,
20201103-NYTvaVote-0149.JPG,
20201103-NYTvaVote-0185.JPG,
20201103-NYTvaVote-0204.JPG,
20201103-NYTvaVote-0221.JPG,
20201103-NYTvaVote-0314.JPG,
20201103-NYTvaVote-0329.JPG,
20201103-NYTvaVote-0360.JPG,
20201103-NYTvaVote-0385.JPG,
20201103-NYTvaVote-0433.JPG,
20201103-NYTvaVote-0449.JPG,
20201103-NYTvaVote-0458.JPG,
20201103-NYTvaVote-0505.JPG,
20201103-NYTvaVote-0576.JPG,
20201103-NYTvaVote-0578.JPG,
20201103-NYTvaVote-0609.JPG,
20201103-NYTvaVote-0614.JPG,
20201103-NYTvaVote-0663.JPG,
20201103-NYTvaVote-0732.JPG,
20201103-NYTvaVote-0795.JPG,
20201103-NYTvaVote-0831.JPG,
20201103-NYTvaVote-0857.JPG,
20201103-NYTvaVote-0881.JPG,
20201103-NYTvaVote-0891.JPG,
20201103-NYTvaVote-0920.JPG,
20201103-NYTvaVote-0933.JPG,
20201103-NYTvaVote-0948.JPG,
20201103-NYTvaVote-1000.JPG,
20201103-NYTvaVote-1019.JPG,
20201103-NYTvaVote-1051.JPG,
20201103-NYTvaVote-1055.JPG,
20201103-NYTvaVote-1087.JPG,
20201103-NYTvaVote-1145.JPG,
20201103-NYTvaVote-1163.JPG,
20201103-NYTvaVote-1196.JPG,
20201103-NYTvaVote-1248.JPG,
20201103-NYTvaVote-1310.JPG,
20201103-NYTvaVote-1322.JPG,

**Published:**        November 2020

- **Individual Photographs:**        20201103-NYTvaVote-1343.JPG,
20201103-NYTvaVote-1408.JPG,
20201103-NYTvaVote-1431.JPG,
20201103-NYTvaVote-1456.JPG,
20201103-NYTvaVote-1472.JPG,
20201103-NYTvaVote-1481.JPG,
20201103-NYTvaVote-1492.JPG,
20201103-NYTvaVote-1621.JPG,
20201103-NYTvaVote-1664.JPG,
20201104-NYTdc-0256.JPG,
20201104-NYTdc-0273.JPG,
20201104-NYTdc-0283.JPG,
20201104-NYTdc-0367.JPG,
20201104-NYTdc-0374.JPG,
20201104-NYTdc-0406.JPG,

20201104-NYTdc-0422.JPG,
20201104-NYTdc-0429.JPG,
20201104-NYTdc-0452.JPG,
20201104-WSJppp-0020.JPG,
20201104-WSJppp-0036.JPG,
20201104-WSJppp-0042.JPG,
20201104-WSJppp-0073.JPG,
20201104-WSJppp-0075.JPG,
20201104-WSJppp-0114.JPG,
20201104-WSJppp-0120.JPG,
20201104-WSJppp-0131.JPG,
20201104-WSJppp-0133.JPG,
20201104-WSJppp-0146.JPG,
20201104-WSJppp-0197.JPG,
20201104-WSJppp-0209.JPG,
20201104-WSJppp-0211.JPG,
20201104-WSJppp-0218.JPG,
20201104-WSJppp-0256.JPG,
20201104-WSJppp-0259.JPG,
20201104-WSJppp-0264.JPG,
20201104-WSJppp-0330.JPG,
20201104-WSJppp-0336.JPG,
20201104-WSJppp-0338.JPG,
20201104-WSJppp-0372.JPG,
20201104-WSJppp-0377.JPG,
20201104-WSJppp-0391.JPG,
20201104-WSJppp-0400.JPG,
20201104-WSJppp-0434.JPG,
20201104-WSJppp-0485.JPG,
20201104-WSJppp-0497.JPG,
20201104-WSJppp-0503.JPG,
20201104-WSJppp-0505.JPG,
20201104-WSJppp-0511.JPG,
20201104-WSJppp-0515.JPG,
20201104-WSJppp-0523.JPG,
20201104-WSJppp-0526.JPG,
20201106-NYTpelosi-0004.JPG,
20201106-NYTpelosi-0006.JPG,
20201106-NYTpelosi-0074.JPG,
20201106-NYTpelosi-0086.JPG,
20201106-NYTpelosi-0141.JPG,
20201106-NYTpelosi-0178.JPG,
20201106-NYTpelosi-0204.JPG,
20201106-NYTpelosi-0249.JPG,
20201106-NYTpelosi-0255.JPG,
20201106-NYTpelosi-0296.JPG,
20201106-NYTpelosi-0319.JPG,
20201106-NYTpelosi-0327.JPG,
20201106-NYTpelosi-0340.JPG,
20201106-NYTpelosi-0366.JPG,
20201106-NYTpelosi-0396.JPG,
20201106-NYTpelosi-0432.JPG,
20201106-NYTpelosi-0464.JPG,
20201106-NYTpelosi-0478.JPG,
20201106-NYTpelosi-0502.JPG,

**Published:**    November 2020

- **Individual Photographs:**   20201106-NYTpelosi-0532.JPG,
20201106-NYTpelosi-0544.JPG,
20201106-NYTpelosi-0574.JPG,
20201106-NYTpelosi-0595.JPG,
20201106-NYTpelosi-0608.JPG,
20201106-NYTpelosi-0620.JPG,
20201106-NYTpelosi-0687.JPG,
20201106-NYTpelosi-0703.JPG,
20201106-NYTpelosi-0721.JPG,
20201106-NYTpelosi-0733.JPG,
20201106-NYTpelosi-0753.JPG,
20201106-NYTpelosi-0773.JPG,
20201106-NYTpelosi-0808.JPG,
20201106-NYTpelosi-0838.JPG,
20201113-WSJaz-0008.JPG,
20201113-WSJaz-0032.JPG,
20201113-WSJaz-0039.JPG,
20201113-WSJaz-0061.JPG,
20201113-WSJaz-0063.JPG,
20201113-WSJaz-0076.JPG,
20201113-WSJaz-0092.JPG,
20201113-WSJaz-0099.JPG,
20201113-WSJaz-0112.JPG,
20201113-WSJaz-0138.JPG,
20201113-WSJaz-0140.JPG,
20201113-WSJaz-0174.JPG,
20201113-WSJaz-0175.JPG,
20201113-WSJaz-0186.JPG,
20201113-WSJaz-0190.JPG,
20201113-WSJaz-0201.JPG,
20201113-WSJaz-0213.JPG,
20201113-WSJaz-0219.JPG,
20201113-WSJaz-0228.JPG,
20201113-WSJaz-0232.JPG,
20201113-WSJaz-0233.JPG,
20201113-WSJaz-0245.JPG,
20201113-WSJaz-0251.JPG,
20201113-WSJaz-0308.JPG,
20201113-WSJaz-0339.JPG,
20201113-WSJaz-0350.JPG,
20201113-WSJaz-0382.JPG,
20201113-WSJaz-0388.JPG,
20201119-CECBweignberger-0029.JPG,
20201119-CECBweignberger-0044.JPG,
20201119-CECBweignberger-0058.JPG,
20201119-CECBweignberger-0065.JPG,
20201119-CECBweignberger-0085.JPG,
20201119-CECBweignberger-0091.JPG,
20201119-CECBweignberger-0126.JPG,
20201119-CECBweignberger-0132.JPG,
20201119-CECBweignberger-0149.JPG,
20201119-CECBweignberger-0213.JPG,
20201119-CECBweignberger-0216.JPG,
20201119-CECBweignberger-0230.JPG,
20201119-CECBweignberger-0238.JPG,
20201119-CECBweignberger-0240.JPG,
20201119-CECBweignberger-0267.JPG,
20201119-CECBweignberger-0285.JPG,

20201119-CECBweignberger-0296.JPG,
20201119-CECBweignberger-0320.JPG,
20201119-CECBweignberger-0328.JPG,
20201119-CECBweignberger-0329.JPG,
20201119-CECBweignberger-0344.JPG,
20201119-CECBweignberger-0350.JPG,
20201119-CECBweignberger-0354.JPG,
20201119-CECBweignberger-0477.JPG,
20201119-CECBweignberger-0482.JPG,

**Published:**   November 2020

- **Individual Photographs:**   20201119-CECBweignberger-0499.JPG,
20201119-CECBweignberger-0503.JPG,
20201123-ECvigil-0004.JPG,
20201123-ECvigil-0047.JPG,
20201123-ECvigil-0056.JPG,
20201123-ECvigil-0068.JPG,
20201123-ECvigil-0106.JPG,
20201123-ECvigil-0144.JPG,
20201123-ECvigil-0173.JPG,
20201123-ECvigil-0181.JPG,
20201123-ECvigil-0184.JPG,
20201123-ECvigil-0191.JPG,
20201123-ECvigil-0210.JPG,
20201123-ECvigil-0233.JPG,
20201123-ECvigil-0238.JPG,
20201123-ECvigil-0250.JPG,
20201123-ECvigil-0256.JPG,
20201123-ECvigil-0272.JPG,
20201123-ECvigil-0277.JPG,
20201123-ECvigil-0288.JPG,
20201123-ECvigil-0305.JPG,
20201123-ECvigil-0311.JPG,
20201123-ECvigil-0326.JPG,
20201123-ECvigil-0336.JPG,
20201123-ECvigil-0358.JPG,
20201123-ECvigil-0387.JPG,
20201123-ECvigil-0400.JPG,
20201123-ECvigil-0414.JPG,
20201123-ECvigil-0424.JPG,
20201123-ECvigil-0472.JPG,
20201123-ECvigil-0496.JPG,
20201123-ECvigil-0527.JPG,
20201123-ECvigil-0548.JPG,
20201123-ECvigil-0565.JPG,
20201123-ECvigil-0573.JPG,
20201123-ECvigil-0593.JPG,
20201123-ECvigil-0632.JPG,
20201123-ECvigil-0640.JPG,
20201123-ECvigil-0648.JPG,
20201123-ECvigil-0667.JPG,
20201123-ECvigil-0678.JPG,
20201123-ECvigil-0701.JPG,
20201123-ECvigil-0703.JPG,
20201123-ECvigil-0706.JPG,
20201123-ECvigil-0708.JPG,
20201123-FArichmond-0013.JPG,
20201123-FArichmond-0047.JPG,

20201123-FArichmond-0051.JPG,
20201123-FArichmond-0062.JPG,
20201123-FArichmond-0091.JPG,
20201123-FArichmond-0098.JPG,
20201123-FArichmond-0109.JPG,
20201123-FArichmond-0118.JPG,
20201123-FArichmond-0121.JPG,
20201123-FArichmond-0127.JPG,
20201123-FArichmond-0135.JPG,
20201123-FArichmond-0136.JPG,
20201123-FArichmond-0147.JPG,
20201123-FArichmond-0149.JPG,
20201123-FArichmond-0166.JPG,
20201123-FArichmond-0169.JPG,
20201123-FArichmond-0205.JPG,
20201123-FArichmond-0210.JPG,
20201123-FArichmond-0213.JPG,
20201123-FArichmond-0221.JPG,
20201123-FArichmond-0224.JPG,
20201123-FArichmond-0244.JPG,
20201123-FArichmond-0254.JPG,
20201123-FArichmond-0261.JPG,
20201123-FArichmond-0275.JPG,

**Published:**     November 2020

- **Individual Photographs:**     20201123-FArichmond-0298.JPG,
20201123-FArichmond-0311.JPG,
20201123-FArichmond-0320.JPG,
20201123-FArichmond-0327.JPG,
20201123-FArichmond-0330.JPG,
20201123-FArichmond-0333.JPG,
20201123-FArichmond-0344.JPG,
20201123-FArichmond-0359.JPG,
20201123-FArichmond-0375.JPG,
20201123-FArichmond-0398.JPG,
20201123-FArichmond-0524.JPG,
20201123-FArichmond-0556.JPG,
20201123-FArichmond-0603.JPG,
20201123-FArichmond-0630.JPG,
20201123-FArichmond-0638.JPG,
20201123-FArichmond-0649.JPG,
20201123-FArichmond-0663.JPG,
20201123-FArichmond-0688.JPG,
20201123-FArichmond-0692.JPG,
20201123-FArichmond-0695.JPG,
20201123-FArichmond-0703.JPG,
20201123-FArichmond-0705.JPG,
20201123-FArichmond-0724.JPG,
20201123-FArichmond-0726.JPG,
20201123-FArichmond-0730.JPG,
20201123-FArichmond-0739.JPG,
20201123-FArichmond-0742.JPG,
20201123-FArichmond-0759.JPG,
20201123-FArichmond-0762.JPG,
20201123-FArichmond-0769.JPG,
20201123-FArichmond-0795.JPG,
20201123-FArichmond-0824.JPG,
20201123-FArichmond-0845.JPG,

20201123-FArichmond-0856.JPG,
20201123-FArichmond-0858.JPG,
20201123-FArichmond-0864.JPG,
20201123-FArichmond-0893.JPG,
20201123-FArichmond-0900.JPG,
20201123-FArichmond-0916.JPG,
20201123-FArichmond-0945.JPG,
20201123-FArichmond-0953.JPG,
20201123-FArichmond-0957.JPG,
20201123-FArichmond-0981.JPG,
20201123-FArichmond-0985.JPG,
20201123-FArichmond-0989.JPG,
20201123-FArichmond-1000.JPG,
20201123-FArichmond-1003.JPG,
20201123-FArichmond-1012.JPG,
20201123-FArichmond-1025.JPG,
20201123-FArichmond-1026.JPG,
20201123-FArichmond-1030.JPG,
20201123-FArichmond-1039.JPG,
20201123-FArichmond-1045.JPG,
20201123-FArichmond-1058.JPG,
20201123-FArichmond-1069.JPG,
20201123-FArichmond-1080.JPG,
20201123-FArichmond-1084.JPG,
20201123-FArichmond-1085.JPG,
20201123-FArichmond-1097.JPG,
20201123-FArichmond-1102.JPG,
20201123-FArichmond-1108.JPG,
20201123-FArichmond-1112.JPG,
20201123-FArichmond-1126.JPG,
20201123-FArichmond-1136.JPG,
20201123-FArichmond-1144.JPG,
20201123-FArichmond-1154.JPG,

**Published:** November 2020

- **Individual Photographs:** 20201123-FArichmond-1163.JPG,
20201123-FArichmond-1166.JPG,
20201123-FArichmond-1171.JPG,
20201123-FArichmond-1179.JPG,
20201123-FArichmond-1190.JPG,
20201123-FArichmond-1191.JPG,
20201123-FArichmond-1220.JPG,
20201123-FArichmond-1227.JPG,
20201123-FArichmond-1232.JPG,
20201123-FArichmond-1237.JPG,
20201123-FArichmond-1244.JPG,
20201123-FArichmond-1258.JPG,
20201125-NYTharris-0050.JPG,
20201125-NYTharris-0075.JPG,
20201125-NYTharris-0100.JPG,
20201125-NYTharris-0126.JPG,
20201125-NYTharris-0163.JPG,
20201125-NYTharris-0196.JPG,
20201125-NYTharris-0282.JPG,
20201125-NYTharris-0287.JPG,
20201125-NYTharris-0297.JPG,
20201125-NYTharris-0380.JPG,
20201125-NYTharris-0385.JPG,

|  |  |
|---|---|
| | 20201125-NYTharris-0402.JPG, |
| | 20201125-NYTharris-0415.JPG, |
| | 20201125-NYTharris-0442.JPG, |
| | 20201125-NYTharris-0470.JPG, |
| **Published:** | November 2020 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Earliest Publication Date in Group:** | October 21, 2020 |
| **Latest Publication Date in Group:** | November 26, 2020 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Alyssa Schukar |
| **Author Created:** | photographs |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Alyssa Schukar Photography LLC |
| | 4141 N Henderson Rd, #527, Arlington, VA, 22203, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Alyssa Schukar |
| **Email:** | alyssa.schukar@gmail.com |
| **Telephone:** | (402)770-3968 |
| **Address:** | 4141 N Henderson Rd |
| | #527 |
| | Arlington, VA 22203 United States |

## Certification

| | |
|---|---|
| **Name:** | Naomi Sarega |
| **Date:** | October 20, 2021 |

| | |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains |



750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT "I"

# Summary

| Details | |
|---|---|
| **Name** | AllSides Technologies, Inc. |

| **Status** | Noncompliant | **Formation date** | 06/23/2023 |
|---|---|---|---|
| **ID number** | 20231654464 | **Form** | Foreign Other |
| **Periodic report month** | June | **Jurisdiction** | Delaware |

| | |
|---|---|
| **Principal office street address** | 8275 E. 11th Avenue, #200241, Denver, CO 80220, United States |
| **Principal office mailing address** | 8275 E. 11th Avenue, #200241, Denver, CO 80220, United States |

| Registered Agent | |
|---|---|
| **Name** | John Gable |
| **Street address** | 8275 E. 11th Avenue, #200241, Denver, CO 80220, United States |
| **Mailing address** | 8275 E. 11th Avenue, #200241, Denver, CO 80220, United States |

# EXHIBIT "J"



# EXHIBIT "K"







Don't be fooled by media bias & misinformation.

Donate    Shop  

News    Balanced News    |    Story of the Week    |    News Curation Principles    |    Newsletters    |    Balanced Search

# How Trump's Worldview Is Ingrained in State and Local Republicans

🏷 Donald Trump, Republican Party, Local Governments, Politics

Posted on AllSides January 14th, 2021

    

🔖 Save for Later

**From The Left**



## New York Times (News)

 

AllSides Media Bias Rating: Lean Left

✓ agree    ✗ disagree

See full bias rating for New York Times (News)

Learn about media bias →

### Related Coverage

HEADLINE ROUNDUP


**How Will Super Tuesday Change the 2024 Presidential Race?**

PERSPECTIVES BLOG


**Super Tuesday: 8 Non-Presidential Primaries Worth Watching**

Joseph Ratliff  ▢▢▢▢▢

NEWS


**Democrats Jump at Chance to 'Revive Legislation' to Kick Trump**

In Cleveland County, Okla., the chairman of the local Republican Party openly wondered "why violence is unacceptable," just hours before a mob stormed the U.S. Capitol last week. "What the crap do you think the American revolution was?" he posted on Facebook. "A game of friggin pattycake?"

Two days later, the Republican chairman of Nye County in Nevada posted a conspiracy-theory-filled letter on the local committee website, accusing Vice President Mike Pence of treason and calling the rioting a "staged event meant to blame Trump supporters."

# EXHIBIT "L"







*Don't be fooled by media bias & misinformation.*

News | Balanced News | Story of the Week | News Curation Principles | Newsletters | Balanced Search

Donate | Shop

# Tammy Duckworth Is Nothing and Everything Like Joe Biden

🏷 Elections, Joe Biden, Tammy Duckworth

Posted on AllSides August 2nd, 2020

   

🔖 Save for Later

**From The Left**



**New York Times (News)**



AllSides Media Bias Rating: Lean Left

✔ agree   ✘ disagree

See full bias rating for New York Times (News)  →
Learn about media bias →

**ANALYSIS** Senator Tammy Duckworth, like the man she might serve as vice president, prizes loyalty in her ranks and occasional mischief in her workplace.

So when a top communications aide prepared to defect last year to the presidential campaign of Pete Buttigieg, Ms. Duckworth recognized an opportunity. She recorded a faux media interview trashing Mr. Buttigieg for hiring her staff away, recruiting an intern to pose as a journalist on the tape. The file was sent to the departing aide, Sean Savett, who called the Buttigieg team in a panic.

**Related Coverage**

HEADLINE ROUNDUP



**Could We See Nikki Haley Run For President as the 'No Labels' Candidate?**

PERSPECTIVES BLOG



**Super Tuesday: 8 Non-Presidential Primaries Worth Watching**

Joseph Ratliff  ⭐⭐⭐⭐⭐

NEWS



**Pa. election 2024: The state House races to**

# EXHIBIT "M"



MATION | SCHOOLS | SERVICES | ABOUT



Don't be fooled by media bias & misinformation.

News | Balanced News | Story of the Week | News Curation Principles | Newsletters | Balanced Search

# In Houston, Anxiety and Frantic Rescues as Floodwaters Rise

🏷 Hurricane Harvey, Disaster, General News

Posted on AllSides August 28th, 2017

                                 ☐ Save for Later

**From The Left**



What felt like an apocalyptic onslaught of pounding rains and rapidly rising

What felt like an apocalyptic onslaught of pounding rains and rapidly rising floodwaters brought the nation's fourth-largest city to its knees on Sunday, as highways and residential streets turned to rivers, waist-high waters choked off access to homes and hospitals, and officials begged boat owners to pitch in with an enormous and frantic rescue operation.

**New York Times (News)**

L L C R R

AllSides Media Bias Rating: Lean Left

✓ agree    ✗ disagree

See full bias rating for New York Times (News)    →
Learn about media bias →



# EXHIBIT "N"





FORMATION | SCHOOLS | SERVICES | ABOUT

Donate  Shop  Log I

Don't be fooled by media bias & misinformation.

News  Balanced News  Story of the Week  News Curation Principles  Newsletters  Balanced Search

# Pelosi Faces Lawmakers Frustrated Over Loss of House Seats

US House, Nancy Pelosi, House Democrats, 2020 Election, Politics

Posted on AllSides November 6th, 2020

    

☐ Save for Later

## From The Center



Democratic lawmakers expressed frustration with party leaders over the loss of several congressional seats, saying House Speaker Nancy Pelosi and others oversold their prospects and didn't adequately protect members from being attacked as socialists.

Party leaders had predicted gains in the House, but instead are taking losses. House Republicans had picked up a net gain of five seats by late Thursday, flipping seven districts held by Democrats and shrinking the Democrats' majority. Two of those were in the Miami area where Democrats overall had a poorer-than-expected showing.

Far from their...

## Wall Street Journal (News)



AllSides Media Bias Rating: Center

✓ agree  ✗ disagree

See full bias rating for Wall Street Journal (News)
Learn about media bias →

### Related Coverage

HEADLINE ROUNDUP



What Kyrsten Sinema's Departure Means for Arizona's Senate Election