IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-2542

ALYSSA SCHUKAR
    Plaintiff,

v.

ALLSIDES TECHNOLOGIES, INC. d/b/a ALLSIDES, and
DOES 1 through 10 inclusive, whose true names are unknown.

    Defendants.

---

## NOTICE OF INTERESTED PARTIES

---

Plaintiff, Alyssa Schukar, by and through her undersigned counsel hereby discloses the following interested parties and corporations which may have financial interest in the outcome of this case:

1. Alyssa Schukar, *Plaintiff and Copyright Holder*

These representations are made to enable the judges of this court to evaluate possible disqualifications or recusal.

Plaintiff reserves the right to amend, correct, and update this disclosure statement throughout the pendency of this action.

Dated: September 16, 2024 Respectfully submitted,

**/s/ Theodore Sell**
Theodore Sell, Esq.
Bar No. 44571
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
(813) 710-3013
(714) 597-6559 facsimile
*Counsel for Plaintiff*